# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| TREVOR REDDING,<br><br>                      Plaintiff,<br><br>v.<br><br>LENDMARK FINANCIAL SERVICES, LLC,<br><br>                      Defendant. | Case No. 3:23-cv-141<br>State Cause No. JPC-23-00031-42 |

## NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT BASED ON FEDERAL QUESTION JURISDICTION UNDER 28 U.S.C. §§ 1331 AND 1441

COMES NOW, Defendant Lendmark Financial Services, LLC ("Lendmark"), and hereby files this Notice of Removal, pursuant to 28 U.S.C. §§ 1331, 1441, & 1446, and removes to the United States District Court for the Northern District of Texas, the cause of action currently pending in the Justice of the Peace Court Precinct 4 Place 2, Dallas County, State of Texas, styled *Trevor Redding v. Lendmark Financial Services, LLC*, Cause No. JPC-23-00031-42. In support, Lendmark states as follows:

1. Lendmark removes this case pursuant to 28 U.S.C. §1441 as an action over which this Court has original federal question jurisdiction under 28 U.S.C. § 1331. Plaintiff Trevor Redding's petition raises federal questions, and thus is removable, because the federal claims at issue fall under the ambit of the Fair Credit Reporting Act ("FCRA").

2. This Notice of Removal is being filed within thirty (30) days of service of Plaintiff's Original Verified Petition on Lendmark, who was served on January 5, 2023. Therefore, this Notice of Removal is timely. *See* 28 U.S.C. § 1446(b).

3. On December 21, 2023, Plaintiff commenced this action in the Justice of the Peace Court Precinct 4 Place 2, Dallas County, State of Texas, styled *Trevor Redding v. Lendmark Financial Services, LLC*, Cause No. JPC-23-00031-42 (the "State Court Action"). Copies of all documents currently available to Lendmark which have been filed in the State Court Action and the docket sheet are attached as **Composite Exhibit A**. Simultaneously herewith, Lendmark files its Certificate of Interested Parties in accordance with LR 3.1(c).

4. Plaintiff's Petition alleges claims, in whole or in part, that arise out of Plaintiff's contention that Lendmark has improperly reported Plaintiff's account to credit reporting agencies in violation of various provisions of the FCRA. (*See, e.g.,* Orig. Pet., ¶¶ 30–41).

5. As such, removal is proper because a plain reading of the Petition shows that Plaintiff is alleging a violation of the FCRA, a federal statute. Therefore, the entirety of the suit is removable under 28 U.S.C. § 1441(a).

6. Venue is proper in the United States District Court for the Northern District of Texas, Dallas Division, as the Dallas County Justice of the Peace Court in which the action is pending is within its jurisdictional confines. *See* 28 U.S.C. § 1441(a).

7. 28 U.S.C. § 1446(b)(2)(A) requires that "all defendants who have been properly joined and served must join in or consent to the removal of the action." There are no other named defendants in this action.

WHEREFORE, Defendant Lendmark Financial Services, LLC, respectfully requests that the above-styled action now pending against it in the Justice of the Peace Court Precinct 4 Place 2, Dallas County, State of Texas, be removed to this Court.

Dated: January 18, 2023

Respectfully submitted,

**HOLLAND & KNIGHT LLP**

By: /s/ *David D. Hornbeak*
David D. Hornbeak
State Bar No. 24106113
david.hornbeak@hklaw.com
George G. Robertson
State Bar No. 24106352
(*pro hac vice admission to be sought*)
george.robertson@hklaw.com
811 Main Street, Suite 2500
Houston, Texas 77002
713-821-7000  (Telephone)
713-821-7001  (Facsimile)

Morgan Kleoppel
State Bar No. 24116625
morgan.kleoppel@hklaw.com
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
214-964-9500  (Telephone)
214-964-9501  (Facsimile)

ATTORNEYS FOR DEFENDANT
LENDMARK FINANCIAL SERVICES, LLC

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of January 2023, the foregoing document was served via the Court's CM/ECF system and via U.S. Mail to:

Shawn Jaffer (SBN 24107817)
Allen Robertson (SBN 24076655)
Robert Leach (SBN 24103582)
Phillip Pool (SBN 24086466)
JAFFER & ASSOCIATES PLLC
5757 Alpha Road Suite 580
Dallas, Texas 75240

*/s/ David D. Hornbeak*
David D. Hornbeak

4