IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TREVOR REDDING, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:23-CV-0141-D |
| | § | |
| LENDMARK FINANCIAL SERVICES LLC, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER

Plaintiff's counsel has advised the court that the parties have settled this case. Accordingly, this case is administratively closed for statistical purposes without prejudice to being reopened to enter a judgment or order of dismissal or for further proceedings if the settlement is not consummated.

The March 18, 2024 trial setting and all unexpired deadlines are vacated.

**SO ORDERED**.

March 23, 2023.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE